Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

# UNITED STATES DISTRICT COURT
for the

District of

Division

Christopher Shooter
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

J Austin Dray
Brian Fay
nicole barkley
Justin Clark and Associates
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. 3:23-cv-840-TJC-MCR
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [✓] Yes [ ] No

FILED 2023 JUL 19 AM 9:50
CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

## COMPLAINT FOR A CIVIL CASE ALLEGING NEGLIGENCE
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Justin Clark, nicole barkley, Brian Fay
   Street Address: 500 Winderly Pl Suite 100
   City and County: Maitland
   State and Zip Code: Florida 32751
   Telephone Number: (321) 232-1055
   E-mail Address: JClark@youhavepower.com

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

Defendant No. 1

    Name: Ramada inn
    Job or Title (if known): Corporate office
    Street Address: 3130 Hartley Road
    City and County: Jacksonville    Duval
    State and Zip Code: Florida 32257
    Telephone Number: (904) 256-9816
    E-mail Address (if known): N/A

Defendant No. 2

    Name: GMC
    Job or Title (if known): Open / Manufacture
    Street Address: 4660 Southside blvd
    City and County: Jax    Duval
    State and Zip Code: Florida 32216
    Telephone Number: (904) 641-6060
    E-mail Address (if known): N/A

Defendant No. 3

    Name: State of Florida
    Job or Title (if known): Open
    Street Address: 400 S Monroe St
    City and County: Tallahassee
    State and Zip Code:
    Telephone Number: (850) 717-9337
    E-mail Address (if known):

Defendant No. 4

    Name: J Austin Drex/
    Job or Title (if known): Attorney
    Street Address: 1730 M Street, N.W., Suite 218
    City and County: Washington
    State and Zip Code: D.C. 20036-4505
    Telephone Number: 800 872 9855
    E-mail Address (if known): info@osc.gov

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

   The plaintiff, *(name)* Christopher Shastes, is a citizen of the State of *(name)* Florida.

2. If the plaintiff is a corporation

   The plaintiff, *(name)* KB's incorporated, is incorporated under the laws of the State of *(name)* Florida,

   and has its principal place of business in the State of *(name)* Florida.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

   The defendant, *(name)* Justin Clark, is a citizen of the State of *(name)* Florida. Or is a citizen of *(foreign nation)* N/A.

2. If the defendant is a corporation

   The defendant, *(name)* State of Florida, is incorporated under the laws of the State of *(name)* Ohio and Florida, and has its principal place of business in the State of *(name)* Florida.

   Or is incorporated under the laws of *(foreign nation)* N/A, and has its principal place of business in *(name)* Florida.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

On *(date)* 07/13/2023, at *(place)* Jax FL,

the defendant(s): (1) performed acts that a person of ordinary prudence in the same or similar circumstances would not have done; or (2) failed to perform acts that a person of ordinary prudence would have done under the same or similar circumstances because *(describe the acts or failures to act and why they were negligent)*

agressively being Pursued, Maliciously being disregarded

The acts or omissions caused or contributed to the cause of the plaintiff's injuries by *(explain)*

Compensation, Justification, reestablishment

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Pro Se 5 (Rev. 12/16) Complaint for a Civil Case Alleging Negligence

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 07/13/2023

Signature of Plaintiff: [signature]
Printed Name of Plaintiff: Christopher W. Shootes

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Street Address: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address: N/A