UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER SHOOTES,

    Plaintiff,

v.                                      Case No. 3:23-cv-840-TJC-MCR

J. AUSTIN DRAY, Attorney, BRIAN
FEY, NICOLE BARKLEY, JUSTIN
CLARK AND ASSOCIATES,
RAMADA INN, GMC, and STATE
OF FLORIDA,

    Defendants.

## O R D E R

    This case is before the Court on the Report and Recommendation recommending dismissing the case without prejudice and directing the clerk to terminate any pending motions and close the file. Doc. 14. No party has filed an objection to the Report and Recommendation, and the time in which to do so has passed. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). Upon de novo review of the file and for the reasons stated in the Report and Recommendation, Doc. 14, it is hereby

    **ORDERED:**

1. The Report and Recommendation of the Magistrate Judge, Doc. 14, is **ADOPTED** as the opinion of the Court.

2. The case is **DISMISSED without prejudice**.

3. The clerk is **DIRECTED** to terminate the pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida, the 20th day of February, 2024.



TIMOTHY J. CORRIGAN
United States District Judge

vng

Copies to:

The Honorable Monte C. Richardson
United States Magistrate Judge

Christopher Shootes
2311 West 23rd Street
Jacksonville, FL 32209